UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60260-CIV-ZLOCH

ROBERT W. MASSUCO,

    Plaintiff,

vs.                                              **O R D E R**

SHERIFF KEN JENNE, as Sheriff
of Broward County Florida,

    Defendant,
_____/

    THIS MATTER is before the Court upon Defendant Sheriff Ken Jenne's Motion To Compel (DE 7). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that in Plaintiff Robert W. Massuco's Response (DE 9) to the instant Motion (DE 7), he represents that Defendant has stated that it would withdraw the instant Motion (DE 7), as the discovery sought has been provided in Plaintiff's Amended Answer To Interrogatory 3 (DE 9, Ex. B).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that on or before <u>noon Thursday, July 12, 2007</u>, Defendant Sheriff Ken Jenne shall notify the Court as to whether the instant Motion To Compel (DE 7) is Moot or whether it requires a ruling by the Court. Defendant's failure to follow the terms and conditions of this Court will result in the Court denying

the instant Motion without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July, 2007.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record